1

2

3       MAY 22  5:10: 5:

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

5

6       E-filing        JUDGE'S
                        CHAMBER COPY

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                CV  09  2271

11   DEUTSCHE BANK SECURITIES, INC.,     )  CASE NO.        JSW
                                          )
12                          Plaintiff,    )  (PROPOSED)
                                          )  ORDER GRANTING APPLICATION
13        vs.                             )  FOR ADMISSION OF ATTORNEY *PRO*
                                          )  *HAC VICE*
14   JOHN P. SHUHDA,                      )
                                          )
15                          Defendant.    )

16

17        LEONARD WEINTRAUB, Esq. , whose business address and telephone number is:

18        Paduano & Weintraub, LLP
          1251 Avenue of the Americas, Ninth Floor
19        New York, New York 10020
          (212) 785-9100
20

21   and who is an active member in good standing of the bar of See Attached Sheet having applied in

22   the above-entitled action for admission to practice in the Northern District of California on a *pro*

23   *hac vice* basis, representing Deutsche Bank Securities, Inc.

24        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

25   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac

26   vice. Service of papers upon and communication with co-counsel designated in the application

27   / / / /

28   / / / /

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-1-
[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION OF LEN WEINTRAUB

1  will constitute notice to the party. All future filings in this action are subject to the requirements

2  contained in General Order No. 45, Electronic Case Filing.

3

4  Dated:      **MAY 2 2 2009**

5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION OF LEN WEINTRAUB

1    **Leonard Weintraub Bar Admissions:**

2        1.    New York, Second Department -- January 13, 1988; Registration Number
              2161479
3
         2.    U.S. Court of Appeals for the Second Circuit -- 10/10/06
4
         3.    U.S.D.C., Southern District of New York -- October 1988
5
         4.    U.S.D.C., Eastern District of New York -- October 1988
6
         5.    U.S.D.C., Western District of New York. -- October 16, 2007
7
         6.    U.S.D.C., Central District of Illinois -- March 24, 2004
8
9        7.    U.S.D.C., District of Colorado -- June 15, 2005

10       8.    U.S.D.C., Northern District of Texas -- November 21, 2007

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION OF LEN WEINTRAUB